UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0565 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HUNTER, | ) | |
| | ) | (Proposed) **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**For Good Cause Shown**, the defendant MICHAEL HUNTER shall be excused from personally appearing at the court hearing scheduled for April 2, 2007.

*[signature: Susan Illston]*

Hon. SUSAN ILLSTON
United States District Judge