UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0565 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | (Proposed) **ORDER** |
| | ) | |
| MICHAEL HUNTER, | ) | |
| | ) | No Hearing Requested |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant MICHAEL HUNTER are amended to allow the defendant to travel between the Northern District of California and the District of Washington from April 19, 2007 until April 23, 2007, under terms and conditions set by United States Pretrial Services, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services.

**IT IS SO ORDERED**

Date: April ___, 2007

_____
HON. SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28