1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | ROBIN L. HARRIS (CABN 123364)
TRACIE L. BROWN (CABN 184339)
5 | Assistant United States Attorneys

6 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7 |    Telephone: (415) 436-7016

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0565 SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| MICHAEL HUNTER, et al. | ) | |
| Defendants. | ) | (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against defendant Michael Hunter without prejudice.

DATED:   7/31/08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

         /s/
BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 06-565 SI)

1 | Leave is granted to the government to dismiss without prejudice the indictment with regard to
2 | Defendant Michael Hunter.

Date: _____

_____
Honorable Susan Illston
United States District Judge